**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 5, 2023     **X** /s/ Rodolfo Ramon
                                      Signature of individual signing on behalf of debtor

                                      Rodolfo Ramon
                                      Printed name

                                      CEO
                                      Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Artesia Springs, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___23-50779___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................... $ ___951,373.53_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ ___951,373.53_

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ ___1,144,042.43_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ___403,045.76_

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                                                                        $ ___1,547,088.19_

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Frost Bank | Checking | 4751 | $25,729.68 |
| 3.2. | Texas Partners Bank | Checking | 4911 | $7,115.04 |
| 3.3. | Security Service Federal Credit Union | Checking | 7071 | $377.51 |

**4.** Other cash equivalents *(Identify all)*

| | North American Bancard | | |
|---|---|---|---|
| 4.1. | Funds held by credit card processor at time of filing | | $17,771.43 |

**5.** Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$50,993.66

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

**7.** Deposits, including security deposits and utility deposits

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(If known)*  23-50779 |
|---|---|---|
| | Name | |

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit held by 8102 Interchange Partners | $19,600.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepayment to Laguna Water II, Ltd. for water lease | $7,448.19 |

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$27,048.19

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:  133,292.41 - 0.00 = .... $133,292.41
face amount / doubtful or uncollectible accounts

11b. Over 90 days old:  8,853.94 - 8,747.69 =.... $106.25
face amount / doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$133,398.66

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Bottles, Lids, Labels, Preforms | 6/20/2023 | $70,096.02 | Cost | $70,096.02 |

**20.** **Work in progress**

**21.** **Finished goods, including goods held for resale**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | | | Case number *(If known)* 23-50779 | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Bottled Water | 6/20/2023 | $132,151.08 | Cost | $132,151.08 |
|---|---|---|---|---|---|

**22.**     **Other inventory or supplies**
Totes, pallets and bottle racks     6/20/2023     $47,545.00     Cost     $47,545.00

**23.**     **Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.        **$249,792.10**

**24.**     **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    22,005.30    Valuation method      Current Value    22,005.30

**26.**     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**
Desks, Conference Table, File Cabinets | $0.00 | Cost | $8,353.00 |
| **40.**     **Office fixtures** | | | |
| **41.**     **Office equipment, including all computer equipment and communication systems equipment and software**
Konica Minolta BizHub C35 Printer | $0.00 | Cost | $10.00 |
| Desktops, Laptops and Server | $0.00 | Cost | $4,200.00 |
| Advantage Route Manager Pro Series 7 Software | $0.00 | Cost | Unknown |

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(If known)* 23-50779 |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$12,563.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2013 GMC Savanah Van | $0.00 | Cost | $5,000.00 |
| 47.2.   E-Car LT-8672-H8 Golf Cart | $3,482.63 | Cost | $5,000.00 |
| 47.3.   Toyota Forklift 7FBCU25 | $0.00 | Cost | $6,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Baller Model 3400 HD Serial 6821 | $0.00 | Cost | $3,500.00 |
| Blow Mold Machine | $29,117.42 | Cost | $44,510.00 |
| Blow Mold Machine - Pet Bottles | $0.00 | Cost | $30,000.00 |
| Cooler Equipment | $44,605.04 | Cost | $59,500.00 |
| Electric Pallet Jacks | $495.00 | Cost | $1,400.00 |
| Electric Pallet Wrapper | $0.00 | Cost | $2,500.00 |
| Label Maker | $3,157.67 | Cost | $5,000.00 |
| Labeler - H400 Slim Line Applic | $14,693.72 | Cost | $10,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | | Case number *(if known)*  23-50779 |
| | Name | | |

| | | | |
|---|---|---|---|
| Pet Line | $27,864.86 | Cost | $30,000.00 |
| Ink Jet Coder | $0.00 | Cost | $3,300.00 |
| Labeler | $0.00 | Cost | $5,000.00 |
| Pet Line - High Speed | $121,390.86 | cost | $100,000.00 |
| Planet Ultra 350 - Steelhead | $33,424.40 | Cost | $90,000.00 |
| Racks | $12,612.07 | Cost | $15,000.00 |
| Well and Pump | $0.00 | Cost | $12,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$427,710.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  8130 & 8126 Interchange Parkway, San Antonio, TX 78218 | Tenant | $0.00 | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 5

| Debtor | Artesia Springs, LLC | | Case number *(If known)* | 23-50779 |
|---|---|---|---|---|
| | Name | | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Trademark - Artesia Springs | $11,814.30 | Cost | Unknown |
| 61. **Internet domain names and websites** | | | |
| Artesiasprings.com | $7,315.14 | Cost | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties** (whether or not a lawsuit | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(If known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

**has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Employee Retention Credit _____     $49,867.92

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | $49,867.92 |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor  Artesia Springs, LLC
      Name

Case number *(If known)*  23-50779

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,993.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $27,048.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $133,398.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $249,792.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,563.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $427,710.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $49,867.92 | |
| 91. **Total.** Add lines 80 through 90 for each column | $951,373.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $951,373.53 |

**Fill in this information to identify the case:**

Debtor name ___Artesia Springs, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___23-50779___

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Advantage Platform Services Inc.<br>_Creditor's Name_<br><br>104 E. 25th St.. 10th Fl.<br>New York, NY 10010<br>_Creditor's mailing address_<br><br><br>_Creditor's email address, if known_<br><br>**Date debt was incurred**<br>2022<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $25,131.79 | $0.00 |
| **2.2** Albert Uresti, M.P.A., PCC<br>_Creditor's Name_<br>Bexar County Tax Assessor<br>Vista Verde Plaza Building<br>233 N. Pecos La Trinidad<br>San Antonio, TX 78207<br>_Creditor's mailing address_<br><br><br>_Creditor's email address, if known_<br><br>**Date debt was incurred**<br>2023<br>**Last 4 digits of account number**<br>0630<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor | **Describe debtor's property that is subject to a lien**<br>Tax lien on all personal property of Debtor except for Accounts Receivable<br><br><br>**Describe the lien**<br>Property Tax<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | $4,122.29 | $766,981.21 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | | Case number (if known) | 23-50779 |
|---|---|---|---|---|
| | Name | | | |

including this creditor and its relative priority.
1. Albert Uresti, M.P.A., PCC
2. U.S. Small Business Administration

☐ Unliquidated
☐ Disputed

---

| 2.3 | Albert Uresti, M.P.A., PCC | | | $5,783.80 | $766,981.21 |

Creditor's Name

Bexar County Tax Assessor
Vista Verde Plaza Building
233 N. Pecos La Trinidad
San Antonio, TX 78207

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Tax lien on all personal property of Debtor except for Accounts Receivable

Creditor's email address, if known

**Describe the lien**
Property Tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2022

**Last 4 digits of account number**
0630

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Centra Leasing | | | $887.00 | $44,510.00 |

Creditor's Name

PO Box 2169
Gig Harbor, WA 98335

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Blow Mold Machine

Creditor's email address, if known

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2/2018

**Last 4 digits of account number**
5520

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Centra Leasing
2. U.S. Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Corporation Service Company, | | | Unknown | $0.00 |

Creditor's Name

as Representative
PO Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 6

Debtor  Artesia Springs, LLC _____     Case number (if known)  23-50779
_____
Name

|  |  |  |  |
|---|---|---|---|

☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | Fincoast Capital LLC | Describe debtor's property that is subject to a lien | $50,096.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
16850 Collins Ave., Ste. 112616
Sunny Isles Beach, FL 33160
Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Firstbank Southwest | Describe debtor's property that is subject to a lien | $194,183.00 | $173,300.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 32552
Amarillo, TX 79120
Creditor's mailing address

Blow Mold Machine - Pet Bottles; Labeler - H400 Slim Line Applic; Pet Line; Ink Jet Coder; Pet Line - High Speed

**Describe the lien**
Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
4/2021
**Last 4 digits of account number**
9376

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Frost Bank | Describe debtor's property that is subject to a lien | $22,054.00 | $25,729.68 |
|---|---|---|---|---|

Creditor's Name
Attn: Dywane Shirley
PO Box 1600
San Antonio, TX 78296
Creditor's mailing address

All personal property

**Describe the lien**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 6

Debtor  Artesia Springs, LLC
      Name

Case number (if known)  23-50779

---

Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
7/2016

**Last 4 digits of account number**
8592

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Frost Bank
2. U.S. Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Fundamental Capital | Describe debtor's property that is subject to a lien | $62,400.00 | $0.00 |

Creditor's Name

20803 Biscayne, Ste. 300
Aventura, FL 33180
Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
3/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.10 | LiftFund, Inc. | Describe debtor's property that is subject to a lien<br>2013 GMC Savanah Van; Toyota Forklift 7FBCU25 | $19,535.02 | $11,000.00 |

Creditor's Name

2014 S. Hackberry St.
San Antonio, TX 78210
Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
7/2022

**Last 4 digits of account number**
6861

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor  Artesia Springs, LLC
_____
Name

Case number (if known)  23-50779

---

**2.1 1**  U.S. Small Business Administration
Creditor's Name

10737 Gateway West, #320
El Paso, TX 79935
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
06/2016
**Last 4 digits of account number**
5003

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$242,349.53     $951,373.53

---

**2.1 2**  U.S. Small Business Administration
Creditor's Name

10737 Gateway West, #320
El Paso, TX 79935
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/2020
**Last 4 digits of account number**
7908

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$500,000.00     $951,373.53

---

**2.1 3**  WT Liquidity
Creditor's Name

PO Box 701430
San Antonio, TX 78270
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$17,500.00     $0.00

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $1,144,042.43 |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| AMA Recovery Group<br>3131 Eastside St., #350<br>Houston, TX 77098 | Line  2.6 | |
| Park Avenue Recovery<br>Attn: Rick Jackson<br>104 E. 25th St., 10th Fl.<br>New York, NY 10010 | Line  2.1 | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Texas Comptroller of Public Accounts<br>Revenue Accounting Div- BK Section<br>P.O. Box 12548, MC-008<br>Austin, TX 78711 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Texas Workforce Commission<br>TWC Building - Regulatory Integrity Div.<br>101 East 15th Street<br>Austin, TX 78778 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Andrew G. Ramon
10819 Oak Hollow
San Antonio, TX 78230

**Date(s) debt was incurred** 5/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan

Is the claim subject to offset? ☒ No ☐ Yes

**$40,000.00**

---

**3.2**

**Nonpriority creditor's name and mailing address**
APAC Packaging & Supply
4320 Tejasco
San Antonio, TX 78218

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$16,869.00**

---

**3.3**

**Nonpriority creditor's name and mailing address**
AstroNova
PO Box 41980
Boston, MA 02241

**Date(s) debt was incurred** 1/2023

**Last 4 digits of account number** 8182

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$25,620.54**

---

**3.4**

**Nonpriority creditor's name and mailing address**
Business GPS
183 Keith St.
Warrenton, VA 20186

**Date(s) debt was incurred** 04/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

**$18,660.81**

---

**3.5**

**Nonpriority creditor's name and mailing address**
Cal Sierra International, LLC
c/o Christian Attar
2302 Fannin St., Ste. 500
Houston, TX 77002

**Date(s) debt was incurred** 5/2022

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ☒ No ☐ Yes

**$79,500.00**

---

**3.6**

**Nonpriority creditor's name and mailing address**
Capital One
PO Box 60519
City of Industry, CA 91716

**Date(s) debt was incurred** 2005

**Last 4 digits of account number** 3834

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

**$1,944.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**
Chase Bank
PO Box 15123
Wilmington, DE 19850

**Date(s) debt was incurred** 1/2019

**Last 4 digits of account number** 0898

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

**$13,714.00**

---

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
CPS Energy - Bankruptcy Section
500 McCullough
Mail Drop 110910
San Antonio, TX 78215

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Utility

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address
Credit One
PO Box 98873
Las Vegas, NV 89193

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2021

Basis for the claim:  Credit card purchases

**Last 4 digits of account number** 5719

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,280.00**

---

**3.10** | Nonpriority creditor's name and mailing address
Discover Card
PO Box 71242
Charlotte, NC 28272

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

Basis for the claim:  Credit card purchases

**Last 4 digits of account number** 6930

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,421.00**

---

**3.11** | Nonpriority creditor's name and mailing address
Edward Aquifer Authority
900 E. Quincy
San Antonio, TX 78215

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2023

Basis for the claim:  Trade debt

**Last 4 digits of account number** 1104

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,940.00**

---

**3.12** | Nonpriority creditor's name and mailing address
Home Depot
Dept 32-2219516089
PO Box 9001030
Louisville, KY 40290

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2006

Basis for the claim:  Trade debt

**Last 4 digits of account number** 6089

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,338.00**

---

**3.13** | Nonpriority creditor's name and mailing address
J&J Waste & Recycling
1272 FM 1516 S.
San Antonio, TX 78263

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Utility

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.14** | Nonpriority creditor's name and mailing address
Maleko Personnel
24301 Southland, Ste. 400
Hayward, CA 94545

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 7/2022

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$4,563.00**

---

**3.15** | Nonpriority creditor's name and mailing address
Mirage Packing Industries, LLC
8118 Interchange Pkwy.
San Antonio, TX 78218

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

**$39,892.00**

---

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,736.05**

Penske
Attn: Susan Brunner
PO Box 563
Reading, PA 19603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Personal Property Lease

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,340.00**

Petainer
PO Box 66
Arnold, MO 63030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 0705

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,634.00**

Plastipak Packaging
Global Business & Technology Center
41605 Ann Arbor Rd.
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2023

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 2555

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,725.04**

Premium Waters
PO Box 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 3841

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Quickbooks Payroll
2632 Marine Way
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,293.00**

RESILUX America LLC
265 John B Brooks Rd.
Pendergrass, GA 30567

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 4533

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Ring Central Inc.
20 Davis Dr.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utility

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,584.32**

Sam's Club
PO Box 530942
Atlanta, GA 30353-0942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2021

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Spectrum<br>PO Box 60074<br>City of Industry, CA 91716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,858.00 |
|---|---|---|---|
| | Square<br>1455 Market St., Ste. 600<br>San Francisco, CA 94103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,000.00 |
|---|---|---|---|
| | Sunil Bolera<br>7114 Oak Ridge Dr.<br>San Antonio, TX 78229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _5/2019_ | **Basis for the claim:** _Unsecured Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | T-Mobile<br>PO Box 37380<br>Albuquerque, NM 87176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,133.00 |
|---|---|---|---|
| | Unishippers<br>PO Box 4011<br>Greenwood Village, CO 80155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2/2023_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _1754_ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Monarch Recovery Management<br>3260 Tillman Dr, Ste 75<br>Bensalem, PA 19020 | Line _3.23_<br>☐ Not listed. Explain ____ | _1580_ |
| 4.2 | TCS Corp.<br>9300 NE Vancouver Mall Dr., Ste. 204<br>Vancouver, WA 98662 | Line _3.28_<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 403,045.76 |

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 403,045.76

| Fill in this information to identify the case: |
|---|

Debtor name    <u>Artesia Springs, LLC</u>

United States Bankruptcy Court for the:    <u>WESTERN DISTRICT OF TEXAS</u>

Case number (if known)    <u>23-50779</u>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Building Lease |
| State the term remaining | 1/2025 |
| List the contract number of any government contract | 8102 Interchange Partners LLC<br>15820 Lemoyne Blvd.<br>Biloxi, MS 39532 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Copier Lease |
| State the term remaining | 5/2026 |
| List the contract number of any government contract | Documation<br>PO Box 41602<br>Philadelphia, PA 19101 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Fleet Lease for trucks |
| State the term remaining | |
| List the contract number of any government contract | Penske<br>Attn: Susan Brunner<br>PO Box 563<br>Reading, PA 19603 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Artesia Springs, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___23-50779___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.4 Patricia Ramon | 12018 Bammel St. San Antonio, TX 78231 | U.S. Small Business Administration | ☒ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.5 Patricia Ramon | 12018 Bammel St. San Antonio, TX 78231 | Firstbank Southwest | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.6 Rodolfo Ramon | 12018 Bammel St. San Antonio, TX 78231 | Frost Bank | ☒ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.7 Rodolfo Ramon | 12018 Bammel St. San Antonio, TX 78231 | U.S. Small Business Administration | ☒ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.8 Rodolfo Ramon | 12018 Bammel St. San Antonio, TX 78231 | Firstbank Southwest | ☒ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.9 Rodolfo Ramon | 12018 Bammel St. San Antonio, TX 78231 | U.S. Small Business Administration | ☒ D ___2.12___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.10 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Credit One | ☐ D _____<br>☒ E/F __3.9__<br>☐ G _____ |
| 2.11 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Chase Bank | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.12 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Home Depot | ☐ D _____<br>☒ E/F __3.12__<br>☐ G _____ |
| 2.13 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Discover Card | ☐ D _____<br>☒ E/F __3.10__<br>☐ G _____ |
| 2.14 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Capital One | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |
| 2.15 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Fincoast Capital LLC | ☒ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Advantage Platform Services Inc. | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Fundamental Capital | ☒ D __2.9__<br>☐ E/F _____<br>☐ G _____ |