# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 23-50779-cag |
| ARTESIA SPRINGS, LLC, § | |
|     Debtor § | CHAPTER 11 PROCEEDING |
| § | SUBCHAPTER V |

## DEBTOR'S EXHIBIT AND WITNESS LIST
## FOR JULY 12TH, 2023 HEARINGS

| | |
|---|---|
| Case No. 23-50779-cag | Debtor: Artesia Springs, LLC |
| **Witnesses**: Mrs. Patricia Ramon; Mr. Rodolfo Ramon, Mr. Dev Kash, Mr. Biren Patel | |
| Any witness called or designated by any other party for these Hearings | Judge: Honorable Craig A. Gargotta |
| Any rebuttal or impeachment witnesses, as necessary | Courtroom Deputy/Case Manager – Ms. Lisa Elizondo |
| Any person present in the courtroom | Hearing Date: July 12th, 2023 |
| | Hearing Time: 9:00 a.m. |
| | Attorney's Name:<br>William B. Kingman (attorney for Debtor) |
| | Attorneys' Phone & Contact:<br>William B. Kingman (210) 829-1199<br>bkingman@kingmanlaw.com |
| Debtor reserves the right to amend and supplement this list | Nature of Proceedings:<br>Final Hearings on:<br>Emergency Motion for Interim and Final Order Artesia Springs, LLC to Use Cash Collateral, if Any, Pursuant to 11 U.S.C. § 363 [Docket #4]; and<br><br>Debtor's Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, (I) Authorizing the Debtor-In-Possession to Obtain Postpetition Financing, (II) Granting Liens and (III) Granting Related Relief [Docket #7] |

- 2 -

| NO.[1] | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| D-1 | Budget | | | | | | |
| D-2 | Revolving LOC Promissory Note | | | | | | |
| D-3 | Security Agreement | | | | | | |

Respectfully submitted this 7th day of July 2023.

        LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
        3511 Broadway
        San Antonio, Texas 78209
        Telephone: (210) 829-1199
        bkingman@kingmanlaw.com

        By: /s/William B. Kingman
        William B. Kingman, State Bar No. 11476200
        ***Proposed Counsel for Debtor***

---

[1] Debtor's exhibits are designated with a "D" for Debtor. Please contact counsel for Debtor for exhibits.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 7th, 2023, a true and correct copy of the above and forgoing document was served via the Court's ECF System to all parties requesting notice in this case including the following:

Don Stecker
112 E. Pecan St., Ste. 2200
San Antonio, TX 78205

Leslie M. Luttrell
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, TX 78216

Melanie H. Cruthirds
ChristianAttar
2302 Fannin Street, Suite 500
Houston, TX 77002

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205

Morris E. "Trey" White, III
Villa & White, LLP
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, TX 78216

Shanna M. Kaminski
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240

US Trustee's Office
615 E. Houston St., Ste. 533
San Antonio, TX 78295-1539

                                                     */s/ William B. Kingman*
                                                     William B. Kingman