**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 13, 2023.**



_____
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-50779-CAG |
| ARTESIA SPRINGS, LLC, | § | |
|     Debtor | § | CHAPTER 11 PROCEEDING |
| | § | SUBCHAPTER V |

### FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

On July 12th, 2023, the Court again considered the Emergency Motion of Artesia Springs, LLC ("Debtor") for Interim and Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §363 (the "Cash Collateral Motion"). After considering the Cash Collateral Motion, the related prior interim order and the statements and agreement of the parties, the Court finds that, on a final basis, a limited use of cash collateral is in the best interests of Debtor and its bankruptcy estate should be APPROVED. Based upon the Certificate of Service attached to the Cash Collateral Motion, the Court finds that notice of the Cash Collateral Motion was provided to Debtor's alleged secured creditors. The Court further finds that without final relief pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure, Debtor and its estate will be immediately and irreparably harmed. It is, therefore,

1

ORDERED that Debtor is authorized to use cash collateral to avoid immediate and irreparable harm to Debtor and its bankruptcy estate. It is further

ORDERED that Debtor shall expend such cash collateral only pursuant to the terms of this Order and only pursuant to the provisions of Exhibit "A" attached to this Order (the "Budget"). It is further

ORDERED that Artesia's use of Cash Collateral may vary weekly by 10% on any line item basis (other than with respect to the amounts set forth in the Budget for utility expenses which the Debtor is authorized to pay in the amount reflected on any utility bill for utility services incurred). It is further

ORDERED that Artesia is authorized to establish the Adequate Protection account under §366 as authorized by separate order. It is further

ORDERED that, subject to further order of this Court and/or subject to being subordinated, as additional adequate protection for alleged cash collateral used, Frost Bank ("Frost"), U.S. Small Business Administration ("SBA"), Fincoast Capital LLC ("Fincoast"), Firstbank Southwest ("Firstbank") and Advantage Platform Services Inc. ("Advantage") (collectively, the "Alleged Secured Creditors"), alleged secured creditors who asserted or assert a security interest in cash collateral are granted a replacement lien and security interest (securing payment of an amount equal to the amount of cash collateral, if any, used by Debtor, including, without limitation, any diminution in value of the cash collateral) on all of Debtor's accounts, receivables and proceeds thereof to the extent acquired after the Petition Date. However, notwithstanding any provisions of this Interim Order, the ad valorem tax liens currently held by Bexar County or any post-petition statutory liens which shall arise post-petition pursuant to Texas law (collectively the "Tax Liens"), incident to any real property or tangible personal property shall neither be primed by nor

subordinated to any liens granted herein. It is further

ORDERED nothing herein shall be construed to be a determination of the validity, extent or priority of the alleged claims, liens and security interests or ownership interests of the Alleged Secured Creditors. It is further

ORDERED that, in August 2023 and each subsequent month while this case is pending, the Debtor is authorized to make a $5,000 post-petition retainer payment to the Law Offices of William B. Kingman, P.C. ("WBK"). Debtor shall deliver such payment to WBK's IOLTA account to be held until fees are approved pursuant to a subsequent court order. It is further

ORDERED that the Debtor shall not be permitted to make any payments on account of any prepetition debt or obligation prior to the effective date of a confirmed chapter 11 plan or plans with respect to the Debtor, except: (a) as provided in any order in connection with any request for relief sought by the Debtor; and (b) as expressly provided in this order or any other motions, orders, and requests for relief. It is further

ORDERED that an order confirming Debtor's Plan of Reorganization (if and as modified) shall, upon becoming final and non-appealable, supersede this order.

###

**Submitted by:**
William B. Kingman, SBN 11476200
LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 829-1199
Email: bkingman@kingmanlaw.com
***PROPOSED COUNSEL FOR DEBTOR***

**Artesia Springs LLC**
**Budget for 90 Day Period**

| | Jul-23 | Aug-23 | Sep-23 | Oct-23 - Confirmation |
|---|---:|---:|---:|---:|
| **Beginning Cash Balance** | 39,011 | 44,024 | 53,712 | 53,663 |
| Accounts Receivable - prior month sales | 78,884 | 71,921 | 87,131 | 77,310 |
| Sales Collected Net | 123,293 | 149,368 | 132,532 | 131,295 |
| Revolving Note - Kash and Patel | 5,000 | 5,000 | | |
| Expenses: | | | | |
| Raw Material Purchases - Water Coolers | 3,900 | 3,900 | 2,600 | 3,900 |
| Raw Material Purchases - 1/2 liter preforms | 23,639 | 25,452 | 20,975 | 25,452 |
| Raw Material Purchases - Case Water | 12,830 | 12,830 | 12,830 | 12,830 |
| Raw Material Purchases - 4 Gallons | 11,417 | 12,293 | 10,130 | 12,293 |
| Raw Material Purchases - 5 Gal preforms | 9,577 | 10,312 | 8,498 | 10,312 |
| Raw Material Purchases - 4/5 gal caps | 5,006 | 5,390 | 4,441 | 5,390 |
| Raw Material Purchases - 1/2 lter Caps | 606 | 653 | 538 | 653 |
| Raw Material Purchases - Labels | 2,670 | 2,875 | 2,369 | 2,875 |
| Post Bankruptcy Support Costs/Subchapter V trustee | 7,500 | 7,500 | 7,500 | 7,500 |
| Legal Fees - Post Position | 5,000 | 5,000 | 5,000 | 5,000 |
| Guaranteed Payments | 7,333 | 7,333 | 7,333 | 7,333 |
| Bank Service Charges/Credit Card Fees | 3,185 | 3,294 | 2,759 | 3,185 |
| Fuel - Van/Truck - HOD | 12,519 | 15,091 | 12,334 | 15,091 |
| Insurance - Vehicle/GL/Umbrella/Work Comp | 5,559 | 5,559 | 5,559 | 5,559 |
| Interest Expense | 38 | 38 | 0 | |
| Note payment | | 5,000 | 5,000 | |
| Equipment Lease | 1,763 | 1,763 | 1,763 | 1,763 |
| Equipment Repairs | 1,983 | 1,678 | | 1,983 |
| Payroll Processing Fees | 342 | 342 | 342 | 342 |
| Payroll Taxes | 3,774 | 3,887 | 3,670 | 3,887 |
| Salary - Driver HOD | 22,224 | 23,089 | 22,570 | 23,089 |
| Salary - Warehouse | 11,253 | 11,639 | 9,750 | 11,639 |
| Salary - Accountant | 4,616 | 4,616 | 4,616 | 4,616 |
| Salary - Office Staff | 4,901 | 4,901 | 4,901 | 4,901 |
| Truck Lease HOD | 12,456 | 14,289 | 12,456 | 14,289 |
| Health Insurance | 4,599 | 4,599 | 4,599 | 4,599 |
| Building Lease | 12,010 | 12,010 | 12,010 | 12,010 |
| Office Supplies | 610 | 610 | 610 | 610 |
| Janitorial | 450 | 450 | 450 | 450 |
| Pest Control | 242 | 242 | 242 | 242 |
| Phone Service/Cell Phone | 762 | 767 | 762 | 862 |
| Postage & Delivery | 19 | 19 | 19 | 19 |
| Repairs - Vehicles | 4,200 | 3,500 | | 4,200 |
| Utilities | 5,007 | 5,507 | 4,552 | 5,507 |
| Water Testing | 173 | 173 | 173 | 173 |
| Truck Lease HOD in Arrears | | | 11,736 | |
| Utilities in Arrears | | | 2,063 | |
| Building Lease in Arrears | | | 14,560 | |
| **Ending Cash Balance** | $ 44,024 | $ 53,712 | $ 53,663 | $ 49,714 |

**EXHIBIT A**