**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § § § § | 23-50779-cag<br>Chapter 11<br>Subchapter V |
| ARTESIA SPRINGS, LLC | | |

**NOTICE OF APPEARANCE**
**UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR SERVICE OF**
**DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2002(a) AND**
**BANKRUPTCY RULE 3017(a)**

TO THE HONORABLE CRAIG A. GARGOTTA, CHIEF UNITED STATES BANKRUPTCY JUDGE:

The undersigned counsel represents ANDREW RAMON and SUNIL BOLLERA who are creditors in this case. Counsel request that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon their attorney of record, MICHAEL J. O'CONNOR, MICHAEL J. O'CONNOR LAW OFFICE, *The Spectrum Building,* 613 NW Loop 410, Ste. 840, San Antonio, Texas 78216 to be served electronically at oconnorlaw@gmail.com   This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements or notices of hearing thereon, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, fax, electronically or otherwise, which affect or seek to affect this case.

MICHAEL J. O'CONNOR LAW OFFICE
*The Spectrum Building*
613 NW Loop 410, Ste. 840
San Antonio, Texas 78216
Phone: (210) 729-6009
Fax: (210) 729-6003
By: /s/ Michael J. O'Connor
Email: oconnorlaw@gmail.com
Bar No. 15187400

## CERTIFICATE OF MAILING

I certify that a copy of the attached Notice was forwarded via electronic transmission or regular mail to all persons entitled to or who have requested notice as set forth on the Service List attached on this 20 July, 2023.

William B. Kingman
Counsel for Debtor
3511 Broadway
San Antonio, TX 78209

Melanie Cruthirds
Christian Attar
2302 Fannin St. #500
Houston, TX 77002

Shanna M. Kaminski
Kaminski Law, PLLC
PO Box 347
Grass Lake, MI 49240

Charles J. Knight
Burdett Morgan
701 S. Taylor #324 LB103
Amarillo, TX 79101

Leslie Luttrell
100 N.E. Loop 410, Ste 614
San Antonio, TX 78216

Morris Trey White
100 N.E. Loop 410, Ste 614
San Antonio, TX 78216

Don Stecker
112 E. Pecan, Ste 2200
San Antonio, TX 78205

US Trustee
615 E. Houston St. #533
San Antonio, TX 78205

Clay Searcy Asst. A.G.
300 W. 15th St. Mail MC-008
Austin, TX 78701

/s/ Michael J. O'Connor