**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*   A/B, D, E/F and G
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 28, 2023     **X** /s/ Rodolfo Ramon
                               Signature of individual signing on behalf of debtor

                               Rodolfo Ramon
                               Printed name

                               CEO
                               Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Artesia Springs, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known): | 23-50779 |

☒ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advantage Platform Services Inc. 104 E. 25th St.. 10th Fl. New York, NY 10010 | | | Disputed | $25,131.79 | $0.00 | $25,131.79 |
| APAC Packaging & Supply 4320 Tejasco San Antonio, TX 78218 | | Trade debt | | | | $16,869.00 |
| AstroNova PO Box 41980 Boston, MA 02241 | | Trade debt | | | | $25,620.54 |
| Business GPS 183 Keith St. Warrenton, VA 20186 | | Trade debt | | | | $18,660.81 |
| Cal Sierra International, LLC c/o Christian Attar 2302 Fannin St., Ste. 500 Houston, TX 77002 | | Judgment | Disputed | | | $79,500.00 |
| Chase Bank PO Box 15123 Wilmington, DE 19850 | | Credit card purchases | | | | $13,714.00 |
| Fincoast Capital LLC 16850 Collins Ave., Ste. 112616 Sunny Isles Beach, FL 33160 | | | Disputed | $50,096.00 | $0.00 | $50,096.00 |
| Firstbank Southwest PO Box 32552 Amarillo, TX 79120 | | Lease | | | | $13,892.91 |
| Fundamental Capital 20803 Biscayne, Ste. 300 Aventura, FL 33180 | | | Disputed | $62,400.00 | $0.00 | $62,400.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LiftFund, Inc. 2014 S. Hackberry St. San Antonio, TX 78210 | | 2013 GMC Savanah Van Toyota Forklift 7FBCU25 | | $19,535.02 | $11,000.00 | $8,535.00 |
| Maleko Personnel 24301 Southland, Ste. 400 Hayward, CA 94545 | | Trade debt | Disputed | | | $4,563.00 |
| Mirage Packing Industries, LLC 8118 Interchange Pkwy. San Antonio, TX 78218 | | Trade debt | | | | $39,892.00 |
| Penske Attn: Susan Brunner PO Box 563 Reading, PA 19603 | | Personal Property Lease | | | | $11,736.05 |
| Petainer PO Box 66 Arnold, MO 63030 | | Trade debt | | | | $15,340.00 |
| Plastipak Packaging Global Business & Technology Center 41605 Ann Arbor Rd. Plymouth, MI 48170 | | Trade debt | | | | $15,634.00 |
| Premium Waters PO Box 1450 Minneapolis, MN 55485 | | Trade debt | | | | $13,725.04 |
| RESILUX America LLC 265 John B Brooks Rd. Pendergrass, GA 30567 | | Trade debt | | | | $49,293.00 |
| Sam's Club PO Box 530942 Atlanta, GA 30353-0942 | | Credit card purchases | | | | $4,584.32 |

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration 10737 Gateway West, #320 El Paso, TX 79935 | | Security Deposit held by 8102 Interchange Partners Prepayment to Laguna Water II, Ltd. for water lease Bottled Water Blow Mold Machine Cooler Equipment Electric Pallet Jacks Konica Minolta BizHub C35 Printer Label Maker Labeler Desks, Conference Table, File Cabinets Desktops, Laptops and Server Planet Ultra 350 - Steelhead Racks Well and Pump Employee Retention Credit Totes, pallets and bottle racks | | $500,000.00 | $501,585.19 | $9,207.90 |
| WT Liquidity PO Box 701430 San Antonio, TX 78270 | | | Disputed | $17,500.00 | $0.00 | $17,500.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☒ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................................    $             0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................    $       851,373.53

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................................    $       851,373.53

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $       949,859.43

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................    $             0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       417,479.26

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b                       $       1,367,338.69

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Artesia Springs, LLC

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  23-50779

☒ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Frost Bank | Checking | 4751 | $25,729.68 |
| 3.2. | Texas Partners Bank | Checking | 4911 | $7,115.04 |
| 3.3. | Security Service Federal Credit Union | Checking | 7071 | $377.51 |

4.  **Other cash equivalents** *(Identify all)*

North American Bancard
4.1.  Funds held by credit card processor at time of filing                    $17,771.43

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$50,993.66

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(If known)*  23-50779 |
|---|---|---|
| | Name | |

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit held by 8102 Interchange Partners | $19,600.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepayment to Laguna Water II, Ltd. for water lease | $7,448.19 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$27,048.19

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 133,292.41 | - | 0.00 | =.... | $133,292.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 8,853.94 | - | 8,747.69 | =.... | $106.25 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$133,398.66

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Bottles, Lids, Labels, Preforms | 6/20/2023 | $70,096.02 | Cost | $70,096.02 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | | | Case number *(If known)* 23-50779 |
|---|---|---|---|---|
| | Name | | | |

| | Bottled Water | 6/20/2023 | $132,151.08 | Cost | $132,151.08 |
|---|---|---|---|---|---|

| 22. | **Other inventory or supplies**<br>Totes, pallets and bottle<br>racks | 6/20/2023 | $47,545.00 | Cost | $47,545.00 |
|---|---|---|---|---|---|

**23.**     **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

> $249,792.10

**24.**     **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    22,005.30   Valuation method       Current Value    22,005.30

**26.**     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**<br>Desks, Conference Table, File Cabinets | $0.00 | Cost | $8,353.00 |
| **40.**     **Office fixtures** | | | |
| **41.**     **Office equipment, including all computer equipment and communication systems equipment and software**<br>Konica Minolta BizHub C35 Printer | $0.00 | Cost | $10.00 |
| Desktops, Laptops and Server | $0.00 | Cost | $4,200.00 |
| Advantage Route Manager Pro Series 7 Software | $0.00 | Cost | Unknown |

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(If known)* 23-50779 |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

$12,563.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2013 GMC Savanah Van | $0.00 | Cost | $5,000.00 |
| 47.2.   E-Car LT-8672-H8 Golf Cart | $3,482.63 | Cost | $5,000.00 |
| 47.3.   Toyota Forklift 7FBCU25 | $0.00 | Cost | $6,000.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Baller Model 3400 HD Serial 6821 | $0.00 | Cost | $3,500.00 |
| Blow Mold Machine | $29,117.42 | Cost | $44,510.00 |
| Cooler Equipment | $44,605.04 | Cost | $59,500.00 |
| Electric Pallet Jacks | $495.00 | Cost | $1,400.00 |
| Label Maker | $3,157.67 | Cost | $5,000.00 |
| Labeler | $0.00 | Cost | $5,000.00 |
| Planet Ultra 350 - Steelhead | $33,424.40 | Cost | $90,000.00 |
| Racks | $12,612.07 | Cost | $15,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | | Case number (If known) 23-50779 |
|--------|---------------------|---|------------------------------|
| | Name | | |

| | | | |
|---|---|---|---|
| Well and Pump | $0.00 | Cost | $12,000.00 |
| Electric Pallet Wrapper | $0.00 | Cost | $2,500.00 |
| Labeler - H400 Slim Line Applic | $14,693.72 | Cost | $10,000.00 |
| Pet Line | $27,864.86 | Cost | $30,000.00 |
| Ink Jet Coder | $0.00 | Cost | $3,300.00 |
| Blow Mold Machine - Pet Bottles | $0.00 | Cost | $30,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

$327,710.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

54. **Does the debtor own or lease any real property?**

☐ No.    Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    8130 & 8126 Interchange Parkway, San Antonio, TX 78218 | Tenant | $0.00 | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** Trademark - Artesia Springs | $11,814.30 | Cost | Unknown |
| **61.** **Internet domain names and websites** Artesiasprings.com | $7,315.14 | Cost | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

| **66.** **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |
|---|---|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to** | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(If known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

**set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Employee Retention Credit                                    $49,867.92

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $49,867.92

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">Part 12:</span> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,993.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $27,048.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $133,398.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $249,792.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,563.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $327,710.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $49,867.92 | |
| 91. **Total.** Add lines 80 through 90 for each column | $851,373.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $851,373.53 |

**Fill in this information to identify the case:**

Debtor name _____Artesia Springs, LLC_____

United States Bankruptcy Court for the: _____WESTERN DISTRICT OF TEXAS_____

Case number (if known) _____23-50779_____

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A <br> **Amount of claim** <br><br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Advantage Platform Services Inc. <br> Creditor's Name <br><br> 104 E. 25th St.. 10th Fl. <br> New York, NY 10010 <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> 2022 <br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br><br><br><br> **Describe the lien** <br> Non-Purchase Money Security <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $25,131.79 | $0.00 |
| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | | |
| **2.2** Albert Uresti, M.P.A., PCC <br> Creditor's Name <br> Bexar County Tax Assessor <br> Vista Verde Plaza Building <br> 233 N. Pecos La Trinidad <br> San Antonio, TX 78207 <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> 2023 <br> **Last 4 digits of account number** <br> 0630 | **Describe debtor's property that is subject to a lien** <br> Tax lien on all personal property of Debtor except for Accounts Receivable <br><br><br> **Describe the lien** <br> Property Tax <br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $4,122.29 | $47,545.00 |
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes. Specify each creditor | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.
1. Albert Uresti, M.P.A., PCC
2. U.S. Small Business Administration

☐ Unliquidated
☐ Disputed

---

| 2.3 | Albert Uresti, M.P.A., PCC | | $5,783.80 | $47,545.00 |
|---|---|---|---|---|

Creditor's Name
Bexar County Tax Assessor
Vista Verde Plaza Building
233 N. Pecos La Trinidad
San Antonio, TX 78207

**Describe debtor's property that is subject to a lien**
Tax lien on all personal property of Debtor except for Accounts Receivable

Creditor's mailing address

**Describe the lien**
Property Tax

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2022

**Last 4 digits of account number**
0630

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Centra Funding LLC | | $887.00 | $44,510.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 2169
Gig Harbor, WA 98335

**Describe debtor's property that is subject to a lien**
Blow Mold Machine

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2/2018

**Last 4 digits of account number**
5520

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Centra Funding LLC
2. U.S. Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Corporation Service Company, | | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
as Representative
PO Box 2576
Springfield, IL 62708

**Describe debtor's property that is subject to a lien**

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 6

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Artesia Springs, LLC | | Case number (if known) | 23-50779 |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | Fincoast Capital LLC | Describe debtor's property that is subject to a lien | $50,096.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
16850 Collins Ave., Ste. 112616
Sunny Isles Beach, FL 33160
Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Frost Bank | Describe debtor's property that is subject to a lien | $22,054.00 | $25,729.68 |
|---|---|---|---|---|

Creditor's Name
Attn: Dywane Shirley
PO Box 1600
San Antonio, TX 78296
Creditor's mailing address

All personal property

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/2016
**Last 4 digits of account number**
8592

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Frost Bank
2. U.S. Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Fundamental Capital | Describe debtor's property that is subject to a lien | $62,400.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

20803 Biscayne, Ste. 300

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Debtor  Artesia Springs, LLC
    Name

Case number *(if known)*    23-50779

---

Aventura, FL 33180
Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/2023
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | LiftFund, Inc. | **Describe debtor's property that is subject to a lien** | $19,535.02 | $11,000.00 |

Creditor's Name

2013 GMC Savanah Van; Toyota Forklift 7FBCU25

2014 S. Hackberry St.
San Antonio, TX 78210
Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/2022
**Last 4 digits of account number**
6861

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | U.S. Small Business Administration | **Describe debtor's property that is subject to a lien** | $242,349.53 | $391,639.42 |

Creditor's Name

All personal property

10737 Gateway West, #320
El Paso, TX 79935
Creditor's mailing address

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
06/2016
**Last 4 digits of account number**
5003

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.7

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 6

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

| 2.1 1 | U.S. Small Business Administration | Describe debtor's property that is subject to a lien | $500,000.00 | $501,585.19 |
|---|---|---|---|---|

Creditor's Name

All personal property

10737 Gateway West, #320
El Paso, TX 79935

Creditor's mailing address

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/2020

**Last 4 digits of account number**
7908

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 2 | WT Liquidity | Describe debtor's property that is subject to a lien | $17,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 701430
San Antonio, TX 78270

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $949,859.43 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| AMA Recovery Group 3131 Eastside St., #350 Houston, TX 77098 | Line 2.6 | |
| Park Avenue Recovery Attn: Rick Jackson 104 E. 25th St., 10th Fl. New York, NY 10010 | Line 2.1 | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  Artesia Springs, LLC
          Name

Case number (if known)   23-50779

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | | |
| **2.2** | Priority creditor's name and mailing address<br>Texas Comptroller of Public Accounts<br>Revenue Accounting Div- BK Section<br>P.O. Box 12548, MC-008<br>Austin, TX 78711 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | | |
| **2.3** | Priority creditor's name and mailing address<br>Texas Workforce Commission<br>TWC Building - Regulatory Integrity Div.<br>101 East 15th Street<br>Austin, TX 78778 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | Andrew G. Ramon | ☐ Contingent | |
| | 10819 Oak Hollow | ☐ Unliquidated | |
| | San Antonio, TX 78230 | ☐ Disputed | |
| | **Date(s) debt was incurred** 5/2019 | **Basis for the claim:** Unsecured Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,869.00** |
|---|---|---|---|
| | APAC Packaging & Supply | ☐ Contingent | |
| | 4320 Tejasco | ☐ Unliquidated | |
| | San Antonio, TX 78218 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,620.54** |
|---|---|---|---|
| | AstroNova | ☐ Contingent | |
| | PO Box 41980 | ☐ Unliquidated | |
| | Boston, MA 02241 | ☐ Disputed | |
| | **Date(s) debt was incurred** 1/2023 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 8182 | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,660.81** |
|---|---|---|---|
| | Business GPS | ☐ Contingent | |
| | 183 Keith St. | ☐ Unliquidated | |
| | Warrenton, VA 20186 | ☐ Disputed | |
| | **Date(s) debt was incurred** 04/2023 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79,500.00** |
|---|---|---|---|
| | Cal Sierra International, LLC | | |
| | c/o Christian Attar | ☐ Contingent | |
| | 2302 Fannin St., Ste. 500 | ☐ Unliquidated | |
| | Houston, TX 77002 | ☒ Disputed | |
| | **Date(s) debt was incurred** 5/2022 | **Basis for the claim:** Judgment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,944.00** |
|---|---|---|---|
| | Capital One | ☐ Contingent | |
| | PO Box 60519 | ☐ Unliquidated | |
| | City of Industry, CA 91716 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2005 | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** 3834 | Is the claim subject to offset? ☒ No ☐ Yes | |

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,714.00** |
|---|---|---|---|
| | Chase Bank | ☐ Contingent | |
| | PO Box 15123 | ☐ Unliquidated | |
| | Wilmington, DE 19850 | ☐ Disputed | |
| | **Date(s) debt was incurred** 1/2019 | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** 0898 | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $540.59 |
|---|---|---|---|

Cintas Corporation #0087
3349 South Loop 410
San Antonio, TX 78222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2023

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 5704

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

CPS Energy - Bankruptcy Section
500 McCullough
Mail Drop 110910
San Antonio, TX 78215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Utility

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,280.00 |
|---|---|---|---|

Credit One
PO Box 98873
Las Vegas, NV 89193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2021

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 5719

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,421.00 |
|---|---|---|---|

Discover Card
PO Box 71242
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2013

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 6930

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,940.00 |
|---|---|---|---|

Edward Aquifer Authority
900 E. Quincy
San Antonio, TX 78215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2023

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 1104

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,892.91 |
|---|---|---|---|

Firstbank Southwest
PO Box 32552
Amarillo, TX 79120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2021

**Basis for the claim:** Lease

**Last 4 digits of account number** 9376

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,338.00 |
|---|---|---|---|

Home Depot
Dept 32-2219516089
PO Box 9001030
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2006

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 6089

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

J&J Waste & Recycling
1272 FM 1516 S.
San Antonio, TX 78263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Utility

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Artesia Springs, LLC | | Case number (if known) | 23-50779 |
|---|---|---|---|---|
| | Name | | | |

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,563.00**

Maleko Personnel
24301 Southland, Ste. 400
Hayward, CA 94545

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 7/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,892.00**

Mirage Packing Industries, LLC
8118 Interchange Pkwy.
San Antonio, TX 78218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,736.05**

Penske
Attn: Susan Brunner
PO Box 563
Reading, PA 19603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Personal Property Lease

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,340.00**

Petainer
PO Box 66
Arnold, MO 63030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 0705

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,634.00**

Plastipak Packaging
Global Business & Technology Center
41605 Ann Arbor Rd.
Plymouth, MI 48170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2023

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 2555

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,725.04**

Premium Waters
PO Box 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 3841

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Quickbooks Payroll
2632 Marine Way
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,293.00**

RESILUX America LLC
265 John B Brooks Rd.
Pendergrass, GA 30567

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2022

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 4533

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Artesia Springs, LLC | | Case number (if known) | 23-50779 |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Ring Central Inc.
20 Davis Dr.
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,584.32**

Sam's Club
PO Box 530942
Atlanta, GA 30353-0942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Spectrum
PO Box 60074
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,858.00**

Square
1455 Market St., Ste. 600
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,000.00**

Sunil Bolera
7114 Oak Ridge Dr.
San Antonio, TX 78229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/2019_

**Basis for the claim:** _Unsecured Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

T-Mobile
PO Box 37380
Albuquerque, NM 87176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Utility_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,133.00**

Unishippers
PO Box 4011
Greenwood Village, CO 80155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/2023_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _1754_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Debtor | Artesia Springs, LLC | Case number (if known) | 23-50779 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Monarch Recovery Management<br>3260 Tillman Dr, Ste 75<br>Bensalem, PA 19020 | Line  3.25 <br><br>☐  Not listed. Explain ____ | 1580 |
| 4.2 | TCS Corp.<br>9300 NE Vancouver Mall Dr., Ste. 204<br>Vancouver, WA 98662 | Line  3.30 <br><br>☐  Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 417,479.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 417,479.26 |

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☒ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Building Lease | |
| State the term remaining    1/2025 | |
| List the contract number of any government contract | 8102 Interchange Partners LLC<br>15820 Lemoyne Blvd.<br>Biloxi, MS 39532 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Copier Lease | |
| State the term remaining    5/2026 | |
| List the contract number of any government contract | Documation<br>PO Box 41602<br>Philadelphia, PA 19101 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Fleet Lease for trucks | |
| State the term remaining | |
| List the contract number of any government contract | Penske<br>Attn: Susan Brunner<br>PO Box 563<br>Reading, PA 19603 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Artesia Springs, LLC | | Case number (*if known*) | 23-50779 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2020 Mirage Industries Filler Line Package 500, Dryer, Air Conveyor, Conveyor System, Automatic Labeler, Weber Date Coder, Package Wrapper with Heat Tunnel and Eagle Pallet Wrapper | |
|---|---|---|---|
| | State the term remaining | 04/2026 | |
| | List the contract number of any government contract | | Firstbank Southwest PO Box 32552 Amarillo, TX 79120 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Facility Services Rental Service Agreement | |
|---|---|---|---|
| | State the term remaining | 4/2028 | |
| | List the contract number of any government contract | | Cintas Corporation #0087 3349 South Loop 410 San Antonio, TX 78222 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Artesia Springs, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    23-50779

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $1,000,756.71 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $2,283,254.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $1,714,203.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Artesia Springs, LLC | Case number *(if known)* 23-50779 |
| --- | --- | --- |

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | Texas Fleet Fuel<br>4911 E. 7th St.<br>Austin, TX 78702 | 3/30/23 -<br>6/16/23 | $23,603.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | Penske<br>Attn: Susan Brunner<br>PO Box 563<br>Reading, PA 19603 | 4/4/23 -<br>05/2/23 | $26,374.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Humana Health Plan<br>PO Box 560<br>Carol Stream, IL 60132 | 4/5/23 -<br>6/5/23 | $18,515.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Frost Bank<br>Attn: Dywane Shirley<br>PO Box 1600<br>San Antonio, TX 78296 | 3/21/23 -<br>4/20/23 | $20,338.18 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Dream Tree Family<br>5757 Ranchester Dr., Ste. 300<br>Houston, TX 77036 | 3/31/23 -<br>6/5/23 | $49,378.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Columbia Insurance<br>6333 Rothway St.<br>Houston, TX 77040 | 4/3/23 -<br>5/26/23 | $11,652.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.7. | Cal Sierra International, LLC<br>c/o Christian Attar<br>2302 Fannin St., Ste. 500<br>Houston, TX 77002 | 3/29/23 -<br>6/9/23 | $30,340.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | Alka Fresca LLC<br>725 FM 1103, Unit 775<br>Cibolo, TX 78108 | 4/18/23 -<br>6/16/23 | $17,410.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | 8102 Interchange Partners LLC<br>15820 Lemoyne Blvd.<br>Biloxi, MS 39532 | 4/18/23 -<br>5/16/23 | $31,037.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Rent Payments _ |

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Rodolfo Ramon<br>12018 Bammel St.<br>San Antonio, TX 78231<br>CEO | 6/20/22 -<br>6/20/23 | $80,449.79 | Salary |
| 4.2. Esther Gusman<br>16403 Ledge Sage St.<br>San Antonio, TX 78232<br>5% Owner | 9/1/22 -<br>5/10/23 | $21,566.32 | Loan Repayment |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Cal Sierra International, LLC v<br>Artesia Springs, LLC<br>2020-27003-A | Civil | 269th Judicial District Court of Harris County, TX<br>201 Caroline<br>Houston, TX 77002 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor  Artesia Springs, LLC                                    Case number *(if known)*  23-50779

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of William B. Kingman, P.C.<br>3511 Broadway<br>San Antonio, TX 78209 | | 6/5/23 | $12,500.00 |
| | **Email or website address**<br>bkingman@kingmanlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Artesia Springs, LLC                                          Case number *(if known)*  23-50779

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| HE Family 888, LLC<br>1518 Austin Hwy., Ste. 20<br>San Antonio, TX 78218 | 8130 Interchange Parkway<br><br>San Antonio, TX 78218 | Oven and Oven Vents | $20,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Jo Automation<br>103 Elm Bottom Trail<br>Boerne, TX 78006 | 8130 Interchange Parkway<br>San Antonio, TX 78218 | 1/2 liter Blow Maching | $40,000.00 |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Shriver Carmona & Carrera PLLC<br>7550 IH-10 W, Ste. 504<br>San Antonio, TX 78229 | 2021 - Present |
| 26a.2. Patricia Ramon<br>12018 Bammel St.<br>San Antonio, TX 78231 | 2004 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Patricia Ramon<br>12018 Bammel St.<br>San Antonio, TX 78231 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Frost Bank<br>Attn: Dywane Shirley<br>PO Box 1600<br>San Antonio, TX 78296 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Jose Rangel | 12/31/2022 | $281,809 Cost Basis |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Patricia Ramon<br>12018 Bammel St.<br>San Antonio, TX 78231 |

Debtor   Artesia Springs, LLC _____     Case number *(if known)*  23-50779 _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Manuel AMaya | 12/31/2021 | 202,062 Cost Basis |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Patricia Ramon<br>12018 Bammel St.<br>San Antonio, TX 78231 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rodolfo Ramon | 12018 Bammel St.<br>San Antonio, TX 78231 | Managing Member and CEO | 58% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See SOFA #4 | | | |

| | Relationship to debtor |
|---|---|
| | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Artesia Springs, LLC | Case number *(if known)* | 23-50779 |
|---|---|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 28, 2023_____

| /s/ Rodolfo Ramon | Rodolfo Ramon |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor _____CEO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy