**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 14, 2023.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-50779-cag |
| ARTESIA SPRINGS, LLC, | § | |
|    Debtor | § | CHAPTER 11 PROCEEDING |
| | § | SUBCHAPTER V |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
### THE LAW OFFICES OF WILLIAM B. KINGMAN, P.C AS COUNSEL FOR DEBTOR

On this date, the Court considered the Application of Artesia Springs, LLC for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 329 and Fed. R. Bankr. P. 2014 and 2016 Authorizing Employment and Retention of The Law Offices of William B. Kingman, P.C. as Counsel for Debtor (the "Application") and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is therefore,

ORDERED, ADJUDGED and DECREED that the employment of Law Offices of William B. Kingman, P.C. as counsel for the Debtor be, and it is hereby, approved effective as of June 20th, 2023. It is further

ORDERED that the hourly rates of the Law Offices of William B. Kingman, P.C., as set forth in the Application are approved as fair and reasonable under the circumstances set forth in the Application. It is further

ORDERED that the post-petition retainer of $12,500.00 paid in July 2023 and the $5,000 per month to be paid by Debtor to the Law Offices of William B. Kingman, P.C. beginning August 1st, 2023, were previously authorized by this Court. It is further

ORDERED that in the event that this case is converted to a case under Chapter 7 of the Bankruptcy Code, any amounts being held as a retainer by the Law Offices of William B. Kingman, P.C. shall, subject to Court approval and after a credit for court-approved fees and expenses incurred during this Chapter 11 proceeding, become a reasonable earned fee to compensate the Law Offices of William B. Kingman P.C. for its representation of the Debtor in any such Chapter 7 proceeding. It is further

ORDERED that Law Offices of William B. Kingman, P.C. must comply with the provisions of Sections 327 and 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and other provisions of applicable law in order to receive compensation for services rendered in this bankruptcy proceeding.

###

**Submitted by:**
William B. Kingman, SBN 11476200
LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
3511 Broadway
San Antonio, Texas 78209
Telephone: (210) 829-1199
Email: bkingman@kingmanlaw.com
***PROPOSED COUNSEL FOR DEBTOR***