**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **23-50779-cag** |
| | § | |
| **ARTESIA SPRINGS, LLC** | § | **Chapter 11** |
| | § | |
| | § | **Subchapter V** |

**(AMENDED) NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR SERVICE OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2002(a) AND BANKRUPTCY RULE 3017(a)**

TO THE HONORABLE CRAIG A. GARGOTTA, CHIEF UNITED STATES BANKRUPTCY JUDGE:

The undersigned counsel represents FROST BANK, a creditor in this case. Counsel requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon their attorney of record, FRIDGE & RESENDEZ PC, John R. Resendez, 425 Soledad St., Suite 600, San Antonio, TX 78205 to be served electronically at service@texasbanklawyer.com. This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements or notices of hearing thereon, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, fax, electronically or otherwise, which affect or seek to affect this case.

Respectfully submitted this 23rd day of August 2023.

**FRIDGE & RESENDEZ PC**

*/s/ John R. Resendez*
John R. Resendez (16789250)
425 Soledad St., Suite 600
San Antonio, TX 78205
(210) 690-8000
service@texasbanklawyer.com

## CERTIFICATE OF MAILING

I certify that a copy of the attached Notice was forwarded via electronic transmission or regular mail to all persons entitled to or who have requested notice as set forth on the Service List attached on this 23rd day of August 2023.

William B. Kingman
3511 Broadway
San Antonio, TX 78209

Melanie Cruthirds
ChristianAttar
2302 Fannin St. #500
Houston, TX 77002

Shanna M. Kaminski
Kaminski Law, PLLC
PO Box 347
Grass Lake, MI 49240

Charles J. Knight
Burdett Morgan
701 S. Taylor #324 LB103
Amarillo, TX 79101

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205

James W Rose, Jr
DOJ-Ust
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Ronald J Smeberg
Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248

Leslie Luttrell
100 N.E. Loop 410, Ste 614
San Antonio, TX 78216

Morris Trey White
100 N.E. Loop 410, Ste 614
San Antonio, TX 78216

Don Stecker
112 E. Pecan, Ste 2200
San Antonio, TX 78205

US Trustee
615 E. Houston St. #533
San Antonio, TX 78205

Clay Searcy Asst. A.G.
300 W. 15th St. Mail MC-008
Austin, TX 78701

Michael J. O'Connor
Law Office of Michael J. O'Connor
The Spectrum Building
613 NW Loop 410, Suite 840
San Antonio, TX 78216

*/s/ John R. Resendez*